UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1035 CAS (FFM) | Date | October 13, 2010 |
|---|---|---|---|
| Title | SHAWN CROWLEY v. SHERIFF LEE BACA, et al., | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 24, 2009, this Court entered an order advising plaintiff that the last day to serve the complaint pursuant to Federal Rule of Civil Procedure 4(m) expired on June 24, 2009. Because the Court had prohibited plaintiff from serving the complaint while it was being screened and had not previously extended the cutoff date, the Court extended plaintiff's 120 day period of time to serve the complaint on defendant to September 24, 2009. Plaintiff was also warned that his failure to effect service by that date may result in the dismissal of the action without prejudice as to any unserved defendant by reason of plaintiff's failure to prosecute, unless plaintiff could show good cause for extending the time for service.

On September 15, 2009, plaintiff requested a further extension of time to serve the complaint. The Court granted the motion and extended the cutoff to July 30, 2010.

As of the date of this order, plaintiff still has not filed a proof of service of the summons and complaint.

Plaintiff is ordered to show cause in writing within 20 days of the date of this minute order why this matter should not be dismissed for failure to prosecute. *See* Rule 41(b) of the Federal Rules of Civil Procedure, Local Rule 41 and *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962). A properly completed proof of service will be deemed sufficient compliance with this order.

Failure to file a timely response to this order within the time specified will be deemed consent to the dismissal of this action.

IT IS SO ORDERED.