UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHAWN CROWLEY, | Case No. CV 09-1035 CAS (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| SHERIFF LEE BACA, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: January 13, 2011

*Christina A. Snyder*

CHRISTINA A. SNYDER
United States District Judge